AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ali Partovi

JUDGMENT IN A CIVIL CASE

Petitioner,

v.

Case Number: 2:25-cv-02283-JAD-DJA

Bondi et al

Respondents.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Petitioner, Ali Partovi, and against Respondents, Pamela Bondi, Kristi Noem, Michael Bernacke, Todd Lyons, John Mattos.

The petition for a writ of habeas corpus is granted.

04/21/2026

Date

DEBRA K. KEMPI

Clerk

/s/ AMMi

Deputy Clerk